AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| AMERICAN EAGLE OUTFITTERS, INC.; RETAIL ROYALTY COMPANY; AEO MANAGEMENT CO.; and AE OUTFITTERS RETAIL CO., <br> *Plaintiff(s)* <br> v. <br> QAISAR DAR;  CHARU PRASANNA; and NEW DIMENSIONS TEXTILES GROUP LLC, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 4:17-cv-00819 |

**SUMMONS IN A CIVIL ACTION**

To: Qaisar Dar
24107 Tapa Springs Ln.
Katy, Texas 77494-3834

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Craig A. McDougal
   Christin J. Jones
   Kilpatrick Townsend & Stockton LLP
   2001 Ross Avenue, Suite 4400
   Dallas, Texas 75201

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*